```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2018
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

NEWMONT MINING CORPORATION,

                        Plaintiff,

    -against-

ANGLOGOLD ASHANTI LIMITED, ANGLOGOLD ASHANTI NORTH AMERICA, INC., ANGLOGOLD ASHANTI USA INCORPORATED and WAYNE M. CHANCELLOR,

                        Defendants.

No. 17-CV-8065 (RA)

**STIPULATION AND <s>PROPOSED</s> ORDER OF SUBSTITUTION OF COUNSEL**

---

        IT IS HEREBY STIPULATED AND AGREED that, upon the annexed declaration of Andrew C. Lillie in accordance with Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, with the approval of defendants AngloGold Ashanti Limited, AngloGold Ashanti North America, Inc., AngloGold Ashanti USA Incorporated and Wayne M. Chancellor (collectively, "the AGA Defendants"), and subject to the approval of this Court, the law firm of Hogan Lovells US LLP hereby withdraws as counsel for the AGA Defendants in the above-captioned action, and the law firm of Cravath, Swaine & Moore LLP is hereby substituted as counsel of record for the AGA Defendants, effective as of the date indicated below.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon counsel at the address set forth for incoming counsel.

Dated: Denver, Colorado
   July 6, 2018

HOGAN LOVELLS US LLP,

by _____
   Andrew C. Lillie
   A member of the Firm

1601 Wewatta St.
Suite No. 900
Denver, CO 80202
(303) 899-7300

*Outgoing Attorneys for the AGA Defendants*

Dated: New York, New York
   July 6, 2018

CRAVATH, SWAINE & MOORE LLP,

by _____
   Lauren A. Moskowitz
   A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Incoming Attorneys for the AGA Defendants*

SO ORDERED: 7/9/18

_____
U.S.D.J.