# Exhibit A

| Priv. No. | Family Status | Date | From | To | CC | BCC | Privilege Type | Defendants' Current Privilege Log Narrative | Newmont Objection Category[1] |
|---|---|---|---|---|---|---|---|---|---|
| AGAPRIV1054 | Parent | 3/13/2015 | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication and attachment with inside counsel providing draft summary of litigation costs and claims. | CC&V Litigation |
| AGAPRIV1055 | Child | 3/13/2015 | | | | | Attorney-Client | Privileged communication and attachment with inside counsel providing draft summary of litigation costs and claims. | CC&V Litigation |
| AGAPRIV1073 | Standalone | 4/23/2015 | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside counsel and outside counsel reflecting legal advice regarding Project Waltz due diligence. | CC&V Diligence |
| AGAPRIV1529 | Parent | 2/12/2015 | "Chancellor, Wayne" <"/o=anglogold/ou=us/cn=recipients/cn=wchancell or"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | | | Work Product; Attorney-Client | Privileged communication and attachment with inside counsel seeking and providing legal comments on draft document relating to report to management relating to legal strategy in ongoing litigation matters. | CC&V Litigation |
| AGAPRIV1530 | Child | 2/12/2015 | | | | | Work Product; Attorney-Client | Privileged communication and attachment with inside counsel seeking and providing legal comments on draft document relating to report to management relating to legal strategy in ongoing litigation matters. | CC&V Litigation |
| AGAPRIV1556 | Standalone | 3/17/2015 | "Chancellor, Wayne" <"/o=anglogold/ou=us/cn=recipients/cn=wchancell or"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | | | Attorney-Client | Privileged communications between inside counsel M. Martelon and W. Chancellor regarding meeting with Newmont regarding its bid for purchase of CC&V | CC&V Diligence |
| AGAPRIV1597 | Standalone | 4/16/2015 | "Chancellor, Wayne" <"/o=anglogold/ou=us/cn=recipients/cn=wchancell or"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside counsel reflecting legal advice regarding Project Waltz due diligence request. | CC&V Diligence |
| AGAPRIV1605 | Parent | 4/23/2015 | "Chancellor, Wayne" <"/o=anglogold/ou=us/cn=recipients/cn=wchancell or"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside counsel and outside counsel Cravath reflecting legal advice regarding Project Waltz due diligence. | CC&V Diligence |
| AGAPRIV1715 | Standalone | 6/6/2015 | "Chancellor, Wayne" <"/o=anglogold/ou=us/cn=recipients/cn=wchancell or"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside counsel seeking and providing legal advice relating to Project Waltz diligence requests. | CC&V Diligence |
| AGAPRIV1801 | Standalone | 6/18/2015 | "Chancellor, Wayne" <"/o=anglogold/ou=us/cn=recipients/cn=wchancell or"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel W. Chancellor, M. Martelon and K. Christensen providing legal advice regarding Newmont data requests and due diligence. | CC&V Diligence |
| AGAPRIV2120 | Parent | 7/14/2015 | "Lillie, Andrew C." <andrew.lillie@hoganlovells.com> | "Christensen, Korey" <kchristensen@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside and outside counsel seeking and providing legal research relating to Project Waltz transaction | CC&V Diligence |
| AGAPRIV2122 | Standalone | 7/10/2015 | Gabe Racz <gr@vrlaw.com> | "Christensen, Korey" <kchristensen@anglogoldashanti.com> | | | Attorney-Client | Privileged communication between inside and outside counsel requesting information on current litigation. | CC&V Litigation |
| AGAPRIV2137 | Standalone | 6/3/2015 | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | "Christensen, Korey" <kchristensen@anglogoldashanti.com> | | | Attorney-Client | Privileged communications between inside counsel discussing legal advice regarding Newmont due diligence and document requests. | CC&V Diligence |
| AGAPRIV2138 | Parent | 6/3/2015 | "Lillie, Andrew C." <andrew.lillie@hoganlovells.com> | "Christensen, Korey" <kchristensen@anglogoldashanti.com> | | | Attorney-Client | Privileged communication and attachments between inside and outside counsel providing advice relating to due diligence in transactions. | CC&V Diligence |

[1] Defendants do not agree that Plaintiff's objection categories necessarily characterize the underlying documents correctly or that they even properly group similar documents together.

| Priv. No. | Family Status | Date | From | To | CC | BCC | Privilege Type | Defendants' Current Privilege Log Narrative | Newmont Objection Category[1] |
|---|---|---|---|---|---|---|---|---|---|
| AGAPRIV2193 | Standalone | 7/17/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communications between inside counsel K. Christensen, W. Chancellor, and M. Martelon regarding Project Waltz due diligence. | CC&V Diligence |
| AGAPRIV2197 | Standalone | 7/15/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Proust, Mark" <mproust@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside and outside counsel Hogan Lovells seeking legal research relating to Project Waltz transaction | CC&V Diligence |
| AGAPRIV2304 | Parent | 4/24/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication and attachments with inside counsel reflecting legal advice regarding water usage documentation for Project Waltz due diligence | CC&V Diligence |
| AGAPRIV2322 | Standalone | 3/31/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com>; "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel and consultant discussing legal advice regarding Project Waltz data room. | CC&V Diligence |
| AGAPRIV2333 | Standalone | 3/18/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications between inside counsel K. Christensen and W. Chancellor discussing legal advice regarding Newmont due diligence and document requests | CC&V Diligence |
| AGAPRIV2348 | Standalone | 6/5/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communication between inside counsel containing legal advice regarding Project Waltz due diligence. | CC&V Diligence |
| AGAPRIV2349 | Standalone | 6/2/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication between inside counsel containing legal advice regarding Project Waltz due diligence. | CC&V Diligence |
| AGAPRIV2354 | Standalone | 6/29/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication between inside counsel K. Christensen and W. Chancellor and Hogan Lovells seeking legal advice relating to active litigation matter | CC&V Litigation |
| AGAPRIV2355 | Standalone | 6/29/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Lillie, Andrew C." <andrew.lillie@hoganlovells.com> | | | Attorney-Client | Privileged communication between inside counsel K. Christensen and Hogan Lovells seeking legal advice on privilege issue in litigation. | CC&V Litigation |
| AGAPRIV2356 | Standalone | 6/29/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Lillie, Andrew C. (andrew.lillie@hoganlovells.com)" <andrew.lillie@hoganlovells.com> | | | Attorney-Client | Privileged communication between inside counsel K. Christensen and Hogan Lovells seeking legal advice on privilege issue in litigation. | CC&V Litigation |
| AGAPRIV2361 | Parent | 6/17/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications and attachment between inside counsel discussing legal advice regarding Newmont mine access, due diligence and information requests | CC&V Diligence |
| AGAPRIV2362 | Child | 6/17/2015 | | | | | Attorney-Client | Privileged communications and attachment between inside counsel discussing legal advice regarding Newmont mine access, due diligence and information requests | CC&V Diligence |
| AGAPRIV2363 | Standalone | 6/17/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications between inside counsel discussing legal advice regarding Newmont mine access, due diligence and information requests. | CC&V Diligence |

| Priv. No. | Family Status | Date | From | To | CC | BCC | Privilege Type | Defendants' Current Privilege Log Narrative | Newmont Objection Category[1] |
|---|---|---|---|---|---|---|---|---|---|
| AGAPRIV2373 | Standalone | 7/10/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | Gabe Racz <gr@vrlaw.com> | | | Attorney-Client | Privileged communication between inside and outside counsel requesting information on current litigation. | CC&V Litigation |
| AGAPRIV2403 | Standalone | 7/7/2015 | "Christensen, Korey" <"/o=anglogold/ou=us/cn=recipients/cn=kchristens en"> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel discussing request for legal advice regarding conflict of interest for K. Christensen. | |
| AGAPRIV2443 | Parent | 4/22/2015 | Gabe Racz <gr@vrlaw.com> | "Christensen, Korey" <kchristensen@anglogoldashanti.com> | | | Attorney-Client | Privileged communications and attachments with inside counsel and outside counsel reflecting legal advice regarding water leases for Project Waltz due diligence | CC&V Diligence |
| AGAPRIV3552 | Standalone | 6/5/2015 | mmartelon@anglogoldashanti.com | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel discussing legal advice regarding Project Waltz data room. | CC&V Diligence |
| AGAPRIV3553 | Parent | 6/5/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel discussing legal advice regarding Project Waltz data room. | CC&V Diligence |
| AGAPRIV3554 | Standalone | 6/3/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Christensen, Korey" <kchristensen@anglogoldashanti.com> | | | Attorney-Client | Privileged communication between inside counsel seeking and providing legal advice and work product relating to use of Project Waltz data room | CC&V Diligence |
| AGAPRIV3555 | Standalone | 6/3/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel discussing legal advice regarding Project Waltz data room. | CC&V Diligence |
| AGAPRIV3556 | Standalone | 6/3/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel discussing legal advice regarding Project Waltz data room. | CC&V Diligence |
| AGAPRIV3557 | Parent | 6/3/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel discussing legal advice regarding Project Waltz data room. | CC&V Diligence |
| AGAPRIV3562 | Parent | 6/2/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communications with inside counsel discussing legal advice regarding Project Waltz due diligence. | CC&V Diligence |
| AGAPRIV3594 | Parent | 2/12/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication and attachment with inside counsel providing legal advice regarding draft AGA executive management report concerning Mill construction status. | CC&V Operations |
| AGAPRIV3595 | Parent | 2/12/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication and attachment with inside counsel providing legal advice regarding draft AGA executive management report concerning Mill construction status. | CC&V Operations |
| AGAPRIV3603 | Parent | 1/12/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Work Product; Attorney-Client | Privileged communication and attachment between inside counsel reflecting legal advice regarding CC&V contractor claims. | CC&V Litigation |
| AGAPRIV3630 | Standalone | 6/15/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside counsel reflecting legal advice relating to AGA Ltd. HSR filing. | CC&V Operations |

| Priv. No. | Family Status | Date | From | To | CC | BCC | Privilege Type | Defendants' Current Privilege Log Narrative | Newmont Objection Category[1] |
|---|---|---|---|---|---|---|---|---|---|
| AGAPRIV3633 | Standalone | 6/16/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside counsel seeking and providing legal advice regarding AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3634 | Standalone | 6/16/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | jweiss@cravath.com | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communication with inside and outside counsel reflecting legal advice relating to AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3635 | Standalone | 6/16/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | Jesse Weiss <jweiss@cravath.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communication with inside and outside counsel seeking and providing legal advice relating to AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3636 | Standalone | 6/16/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | jweiss@cravath.com | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communication with inside and outside counsel reflecting legal advice regarding AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3637 | Standalone | 6/16/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | Jesse Weiss <jweiss@cravath.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communication with inside and outside counsel reflecting legal advice regarding AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3638 | Standalone | 6/18/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | Jesse Weiss <jweiss@cravath.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communication with inside and outside counsel reflecting legal advice regarding AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3639 | Standalone | 6/18/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | Jesse Weiss <jweiss@cravath.com> | | | Attorney-Client | Privileged communication with inside and outside counsel reflecting legal advice regarding AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3640 | Standalone | 6/18/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | Jesse Weiss <jweiss@cravath.com> | | | Attorney-Client | Privileged communication with inside and outside counsel reflecting legal advice regarding AGA Ltd. HSR filing. | CC&V Operations |
| AGAPRIV3643 | Standalone | 6/18/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | | Attorney-Client | Privileged communication with inside counsel reflecting legal advice regarding Project Waltz disclosure documentation. | CC&V Operations |
| AGAPRIV3644 | Parent | 6/19/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Largent, Ron" <rlargent@anglogoldashanti.com> | "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communication with inside counsel seeking and providing legal advice relating to CC&V financial disclosures. | CC&V Operations |
| AGAPRIV3664 | Standalone | 7/27/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Schonebaum, Mike" <mschonebaum@anglogoldashanti.com> | "Bordiuk, Andy" <abordiuk@anglogoldashanti.com>; "Chancellor, Wayne" <wchancellor@anglogoldashanti.com> | | Attorney-Client | Privileged communications with inside counsel requesting and providing legal advice regarding software-license transfer in connection with the sale of CC&V | CC&V Operations |
| AGAPRIV3673 | Standalone | 9/17/2015 | "Martelon, Meghan" <"/o=anglogold/ou=us/cn=recipients/cn=mmartelon "> | "Christensen, Korey J. (korey.christensen@hoganlovells.com)" <korey.christensen@hoganlovells.com> | | | Attorney-Client | Privilege communication with inside and outside counsel Hogan Lovells seeking legal advice relating to Project Waltz file status | CC&V Operations |

| Priv. No. | Family Status | Date | From | To | CC | BCC | Privilege Type | Defendants' Current Privilege Log Narrative | Newmont Objection Category[1] |
|---|---|---|---|---|---|---|---|---|---|
| AGAPRIV4784 | Standalone | 6/16/2015 | "Thiessen, Greg" <"/o=anglogold/ou=us/cn=recipients/cn=gthiessen"> | "Martelon, Meghan" <mmartelon@anglogoldashanti.com>; "Ortiz de Zarate, Marcelo" <mozarate@anglogoldashanti.com>; "Jorgensen, Paul" <pjorgensen@anglogoldashanti.com> | "Burritt, Katie" <kburritt@anglogoldashanti.com>; "Chancellor, Wayne" <wchancellor@anglogoldashanti.com>; "Mehta, Arvind" <amehta@anglogoldashanti.com> | | Attorney-Client | Privileged communication with inside counsel seeking and providing legal advice relating to CC&V financial disclosures. | CC&V Operations |
| AGAPRIV5335 | Child | 7/14/2015 | | | | | Attorney-Client | Privileged communication and attachment with inside counsel and AGA executive P. Dennison requesting legal advice regarding Project Waltz pre-closing preparations. | CC&V Operations |
| AGAPRIV5337 | Child | 7/13/2015 | | | | | Attorney-Client | Attachment containing requests for legal advice to outside counsel Cravath and in-house counsel related to step structure for CC&V transaction. | CC&V Operations |