# Exhibit B

| | | Korey Chistensen Handwritten Note Redaction Challenges | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Beginning Bates** | **Transcription of Unredacted Portion of Notes** | **Newmont's Exhibit B Page Number** | **Newmont's Reason for Challenge** | **Defendants' Privilege Claim** | **Defendants' Privilege Log Narrative** |
| 6/17/2015 | AGA00706751 | Conf. Call re: Interactions w/ Newmont (WC, RL, KJC, Charles, CW, MM, Lowe, Paul, Mod2, Mark, Proust, Helcio, Cravath | Page 2 | CC&V / AGA-CO employees present | Attorney-Client | AGA in-house counsel K. Christensen's notes reflecting legal analysis from meetings relating to Project Waltz. |
| 7/16/2015 | AGA00706723 | WC, RS, KC, Terry Briggs, Nancy Lipson (Gavin Jangard via phone); Legal Meeting re: Designated Matters | Page 2 | Newmont attorneys present | Work Product; Attorney-Client | AGA in-house counsel K. Christensen's notes reflecting legal analysis from meetings relating to Project Waltz. |
| | | Wayne Chancellor Handwritten Note Redaction Challenges | | | | |
| **Date** | **Beginning Bates** | **Transcription of Unredacted Portion of Notes** | **Newmont's Exhibit B Page Number** | **Newmont's Reason for Challenge** | **Defendants' Privilege Claim** | **Defendants' Privilege Log Narrative** |
| 1/9/2015 | AGA00706590 | Proj Waltz Call, Ria, Paris, Wrren, Paul, Tim, Marcelo, Lowe | Page 3 | CC&V / AGA-CO employees present | Attorney-Client | AGA in-house counsel W. Chancellor's notes reflecting legal analysis from meetings relating to Projects Waltz, water rights issues, MSHA issues, Workers Compensation claims and environmental permitting issues. |
| 3/18/2015 | AGA00706590 | Call w/ Newmont re Waltz | Page 4 | Newmont attorneys present | Attorney-Client | AGA in-house counsel W. Chancellor's notes reflecting legal analysis from meetings relating to Projects Waltz, water rights issues, MSHA issues, Workers Compensation claims and environmental permitting issues. |
| 4/6/2015 | AGA00706590 | Call w/ Ron, Helcio, Lowe ; Teller County | Page 4 | CC&V / AGA-CO employees present | Attorney-Client | AGA in-house counsel W. Chancellor's notes reflecting legal analysis from meetings relating to Projects Waltz, water rights issues, MSHA issues, Workers Compensation claims and environmental permitting issues. |
| 7/22/2015 | AGA00706660 | Ames meeting @ CCV Riley, Roberts, Schiflett, lawyers | Page 5 | CC&V / AGA-CO employees present | Attorney-Client | AGA in-house counsel W. Chancellor's notes reflecting legal analysis from meetings relating to Projects Waltz, Designated Matters litigations and environmental permitting issues. |
| 9/25/2015 | AGA00706562 | Call w/ Newmont; Gavin, Doug, Lowe | Page 5 | Newmont attorneys present | Attorney-Client | AGA in-house counsel W. Chancellor's notes reflecting legal analysis from meetings relating to Project Waltz and Designated Matters litigations. |
| | | CC&V Attorney Redaction Challenges | | | | |
| **Date** | **Beginning Bates** | **Subject Line of Redacted E-mails** | **Newmont's Exhibit B Page Number** | **Newmont's Reason for Challenge** | **Defendants' Privilege Claim** | **Defendants' Privilege Log Narrative** |
| 3/30/2015 | AGA00706496 | RE: Changes to Waltz Data Directory | Page 8-10 | CC&V attorneys present | [Privilege claim withdrawn.] | [No longer applicable.] |
| 4/27/2015 | AGA00706104 | FW: Project Waltz: Outstanding Counterparty Due Diligence | Page 11-14 | CC&V attorneys present | Attorney-Client | Privileged communication with inside counsel seeking legal advice and work product relating to certain Project Waltz due diligence tasks. |
| | | Other Redaction Challenges | | | | |
| **Date** | **Beginning Bates** | **Subject Line of Redacted E-mails** | **Newmont's Exhibit B Page Number** | **Newmont's Reason for Challenge** | **Defendants' Privilege Claim** | **Defendants' Privilege Log Narrative** |
| 2/13/2015 | AGA00711063 | RE: mandate letter | Page 15-17 | Overredactions | Attorney-Client [Redactions corrected.] | Privileged communication with inside counsel R. Sanz and AGA executives seeking legal advice relating to sale of CC&V. |
| 3/24/2015 | AGA00737992 | RE: Waltz Update | Page 18-21 | Overredactions | Attorney-Client | Internal AGA communication between C. Coetzee and P. Dennison regarding requests for legal advice from outside counsel Honigman and in-house counsel R. Sanz regarding joint venture transaction structure for Project Waltz. |
| 5/13/2015 | AGA00724252 | FW: Waltz | Page 22-28 | Overredactions | Attorney-Client | Privileged communication reflecting legal advice of outside counsel Honigman and Cravath regarding potential stock sale for Project Waltz. |

*The data in the first five columns above are taken from Plaintiff's Exhibit B and are included herein for reference. Defendants do not adopt Plaintiff's characterization of any of the documents described in its Exhibit B.