

**AngloGold Ashanti**
ANGLOGOLD ASHANTI NORTH AMERICA, INC.

7400 East Orchard Road \ Suite 350 \ Greenwood Village \ Colorado \ 80111
Tel 303 889 0700 \ Fax 303 889 0707

September 28, 2010

Meghan M. Martelon
310 S. Glencoe St.
Denver, CO 80246

Dear Meghan:

On behalf of AngloGold Ashanti North America Inc. ("AngloGold") I am pleased to confirm an offer of employment for the position of Attorney reporting to Wayne Chancellor, General Counsel. This will be a regular part-time position (28 hours a week) at a bi-monthly salary of Redacted. The effective date of your employment will be October 19, 2010. This offer is contingent upon successful completion of a physical examination, drug screen, and background check.

Effective with the commencement of your regular part-time employment you will be eligible to participate in all company benefit programs in accordance with the waiting period requirements of each respective program. The Company offers a medical, dental and vision plan, life insurance and 401(k) to name a few of the benefits available to you. The right to change or discontinue any of the benefit programs is reserved by the Company. (Summary attached).

Your employment will be at will, in other words, at the pleasure of you and/or AngloGold. Nothing contained in this letter shall constitute a contract of employment between you and AngloGold nor shall any such relationship be implied between you and AngloGold.

Wayne and I sincerely wish you a warm welcome to AngloGold and look forward to working with you. If you have any questions, please contact me at (303) 889-0788.

Sincerely,

Charlene Wilson
Vice President Human Resources