

**ANGLOGOLD ASHANTI**
ANGLOGOLD ASHANTI NORTH AMERICA INC.

6300 South Syracuse Way \ Suite 500 \ Centennial \ Colorado \ 80111
Tel 303 889 0700 \ Fax 303 889 0707

March 12, 2014

Korey J. Christensen
891 14th Street
Unit 2711
Denver, CO 80202

Dear Korey:

On behalf of AngloGold Ashanti North America Inc. ("AngloGold") I am pleased to confirm an offer of employment for the position of Corporate Counsel reporting to Wayne Chancellor, VP and General Counsel. The salary for this position will be Redacted semi-monthly, effective on a date to be determined. This offer is contingent upon the successful completion of a physical examination, drug screen, and background check.

You will also be eligible for a lump sum payment of Redacted not grossed up for taxes, with your first paycheck.

You will be eligible for a salary review in January of 2015. You will also be eligible to participate in the Bonus Share Plan in 2015 based on 2014 performance which is pro-rated based on date of employment.

Effective with the commencement of your employment you will be eligible to participate in all company benefit programs in accordance with the waiting period requirements of each respective program. The Company offers a medical, dental and vision plan, life insurance and 401(k) to name a few of the benefits available to you. The right to change or discontinue any of the benefit programs is reserved by the Company. (Summary attached).

Your employment will be at will, in other words, at the pleasure of you and/or AngloGold. Nothing contained in this letter shall constitute a contract of employment between you and AngloGold nor shall any such relationship be implied between you and AngloGold.

Wayne and I sincerely wish you a warm welcome to AngloGold and look forward to working with you. If you have any questions, please contact me at (303) 889-0788.

Sincerely,

*Charlene Wilson*
Charlene Wilson
Vice President Human Resources

*Wayne Chancellor*
Wayne Chancellor
VP General Counsel

Accepted:

_____Kg Ch_____              _____3/17/14_____
          Name                              Date