# Exhibit A

# Holland & Knight

400 South Hope Street, 8th Floor | Los Angeles, CA 90071 | T 213.896.2400 | F 213.896.2450
Holland & Knight LLP | www.hklaw.com

Nicholas B. Melzer
+1 213-896-2496
Nicholas.Melzer@hklaw.com

October 2, 2018

*Via UPS and email*

Jeffrey Harder
Partner
Deloitte, LLP
2800 - 1055 Dunsmuir Street 4 Bentall Centre
Vancouver, British Columbia
V7X 1P4
Canada

        Re:    ***August 3, 2015 Valuation of Cripple Creek and Victor Gold Mining Company, Inc. for Newmont USA***

Dear Mr. Harder:

We represent AngloGold Ashanti North America, Inc. ("AngloGold"). As you may be aware, Newmont Mining Corporation ("Newmont") purchased the Cripple Creek & Victor gold mine in Colorado from AngloGold Ashanti Limited on August 3, 2015. Subsequently, Newmont USA Limited retained Deloitte LLP (Canada) to produce the attached "Valuation of certain assets of Cripple Creek and Victor Gold Mining Company, Inc. as at August 3, 2015," which you personally signed.

AngloGold and Newmont are now in litigation in the United States District Court for the Southern District of New York regarding that transaction and Newmont has produced your valuation report in discovery. We believe that additional materials related to the preparation of your report are relevant to this dispute and we intend to seek production of those materials along testimony from Deloitte, LLP. However, because the litigation is pending in the United States, AngloGold must proceed through the "letters rogatory" process to legally compel a response from Deloitte LLP (Canada). Given that the letters rogatory process is time consuming and expensive for all parties involved, we would like to explore the possibility of an agreement with Deloitte to voluntarily produce additional materials related to its preparation of the valuation report.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Jeffrey Harder
October 2, 2018
Page 2

Please call or email me to discuss this matter.  Given that our request relates to a pending litigation, we understand if you need to forward this letter to your legal department or outside counsel.  If so, I look forward to speaking with them and I am optimistic that we can reach a mutually agreeable resolution to our request.

Regards,

HOLLAND & KNIGHT LLP


_____/s/_____
Nicholas B. Melzer



Cc: Thomas D. Leland (thomas.leland@hklaw.com)