UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
Newmont Mining Corporation,

Plaintiff,

v.

AngloGold Ashanti Limited, AngloGold Ashanti
North America, Inc., AngloGold Ashanti USA
Incorporated, and Wayne M. Chancellor,

Defendants.

---------------------------------------------------------------- x

Case No. 1:17-cv-08065-RA-JLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/18

## ORDER GRANTING APPLICATION FOR THE ISSUANCE OF INTERNATIONAL LETTERS OF REQUEST (LETTERS ROGATORY)

Upon the Application for the Issuance of International Letters of Request ("Application"), filed by AngloGold Ashanti Limited, AngloGold Ashanti North America, Inc., AngloGold Ashanti USA Incorporated, and Wayne M. Chancellor ("Defendants") requesting the issuance of Letters Rogatory pursuant to Federal Rule of Civil Procedure 28(b)(2) and 28 U.S.C. §1781(b)(2), and upon the record of the above-captioned matter (including plaintiff Newmont Mining Corporation having advised the Court that it does not oppose the granting of this application):

**IT IS HEREBY ORDERED THAT:**

The Application is **GRANTED.**

This Court shall sign the Letters Rogatory attached to the Application as Exhibit A and affix the seal of the United States District Court for the Southern District of New York over said signature.

1

The Clerk of the District Court is directed to return the original, signed Letters Rogatory to counsel for Defendants so that it may be issued to the competent judicial authority of Ontario, Canada.

Defendant is directed to transmit the original, signed Letters Rogatory to the competent judicial authority of Ontario, Canada.

The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: November 19, 2018

New York, New York

_____
THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE