USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEWMONT MINING CORPORATION,

        Plaintiff,

v.

ANGLOGOLD ASHANTI LIMITED, ANGLOGOLD ASHANTI NORTH AMERICA, INC., ANGLOGOLD ASHANTI USA INCORPORATED, AND WAYNE M. CHANCELLOR,

        Defendants.

No. 17-CV-8065 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court will hold oral argument as to Defendants' motions for summary judgment on January 9, 2020, at 3 p.m., in Courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    November 25, 2019
            New York, New York

Ronnie Abrams
United States District Judge