# Ballard Spahr LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
TEL 303.292.2400
FAX 303.296.3956
www.ballardspahr.com

Gregory P. Szewczyk
Tel: 303.299.7382
Fax: 303.296.3956
szewczykg@ballardspahr.com

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/20

January 3, 2020

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *Newmont Mining Corp. v. AngloGold Ashanti Ltd., et al.*, No. 1:17-cv-08065 RA

Dear Judge Abrams:

Pursuant to the Court's January 2, 2020 Order, I write to you on behalf of Newmont Goldcorp Corporation ("Newmont") to correct Newmont's October 25, 2019 letter motion and clarify which exhibits Newmont requests leave to file under seal. Newmont requests Exhibits 83, 84, 131, 132, 140, 141, 142 & 143 be sealed.

Exhibits 83 and 84 are excerpts of Confidential Post Investment Review Memoranda, which contain sensitive information demonstrating how Newmont may interpret and use various metrics related to the CC&V transaction in future transactions. The Court ordered a copy of Exhibit 84 sealed when attached to the AGA Defendants' Motion for Summary Judgment. (ECF No. 119.)

Exhibits 132, 140, 141, 142, and 143 are internal Investment Reviews conducted by Newmont that contain highly sensitive information demonstrating Newmont's evaluation of the option to treat CC&V High Grade Mill concentrates off-site.

Exhibit 131 is an internal M&A Process Guide containing highly sensitive information demonstrating Newmont's internal due diligence process and guidelines for evaluating potential business acquisitions.

Pursuant to the Court's January 2, 2020 Order, Newmont is delivering via e-mail highlighted copies of Exhibits 83, 84, 131, 132, 140, 141, 142 & 143 together with a clean, duplicate set.

Sincerely,

*s/ Gregory P. Szewczyk*

cc: Counsel of Record (via electronic filing)

DMWEST #17968282 v1

---

The Court has reviewed Newmont Exhibits 83-84, 131-132, and 140-143. These exhibits appear to consist of "business information . . . which, if revealed, may provide valuable insights into [Newmont's] current business practices that a competitor [might] seek to exploit." *Louis Vuitton Malletier S.A. v. Sunny Merchandise Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015) (citation omitted). Accordingly, Plaintiff's request for leave to file these exhibits under seal is granted.

SO ORDERED.

Hon. Ronnie Abrams
1/6/2020