UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEWMONT MINING CORPORATION,
                Plaintiff,

       -against-

ANGLOGOLD ASHANTI LIMITED,
ANGLOGOLD ASHANTI NORTH
AMERICA, INC., ANGLOGOLD ASHANTI
USA CORPORATED and WAYNE M.
CHANCELLOR,
                Defendants.
-----------------------------------------------------------X

17 CIVIL 8065 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 18, 2020, Defendants' motions for summary judgment are granted; accordingly, the case is closed.

**Dated:** New York, New York
          March 18, 2020

                                  RUBY J. KRAJICK
                                  Clerk of Court
           BY:
                                  Deputy Clerk